UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),        CASE NUMBER: 05-80494
                                          HONORABLE VICTORIA A. ROBERTS

v.

ROBERT R. MAPP,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 30, 2006, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation **[Doc. 28]** recommending that the Court deny Defendant's Motion to Suppress Evidence. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation.

The Court, therefore, DENIES Defendant's Motion to Suppress Evidence.

**IT IS SO ORDERED.**

                                              s/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: February 17, 2006

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 17, 2006.

s/Carol A. Pinegar
Deputy Clerk